Scott P. Shaw, Bar No. 223592
Aaron L. Renfro, Bar No. 255086
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sshaw@calljensen.com
arenfro@calljensen.com

Samuel A. Long, Jr., *Pro Hac Vice*
Patrick B. Horne, *Pro Hac Vice*
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
along@shumaker.com
phorne@shumaker.com

Attorneys for Plaintiff ERMI LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMI LLC, a Georgia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SPORTSTEK MEDICAL INC., a California corporation,<br><br>Defendant. | Case No.   3:19-CV-608-WQH-LL<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Judge:  Hon. Dana Sabraw<br>Mag. Judge:  Hon. Linda Lopez<br><br>Complaint Filed:   April 1, 2019<br>Trial Date:           None Set |

Plaintiff ERMI LLC ("Plaintiff") and Defendant Sportstek Medical Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby submit this Joint Motion for

Dismissal pursuant to the Court's Order Confirming Settlement and Setting Deadline to File Joint Motion for Dismissal dated August 23, 2019.

It is hereby jointly requested that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-captioned action in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own respective attorneys' fees, costs, and expenses.

Dated:  September 27, 2019

CALL & JENSEN
A Professional Corporation
Scott P. Shaw
Aaron L. Renfro

By: */s/ Aaron L. Renfro*
       Aaron L. Renfro

Attorneys for Plaintiff EMRI LLC

Dated:  September 27, 2019

INSIGHT, PLC
A Professional Corporation
Steven W. Ritcheson

By: */s/ Steven W. Ritcheson*
       Steven W. Ritcheson

Attorneys for Sportstek Medical, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Mr. Steven W. Ritcheson, counsel for Defendant, and I have obtained Mr. Ritcheson's authorization to affix his electronic signature to this document.

Date: September 27, 2019

By:  */s/ Aaron L. Renfro*
       Aaron L. Renfro

## CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On September 27, 2019, I have served the foregoing document described as **JOINT MOTION FOR DISMISSAL** on the following person(s) in the manner(s) indicated below:

### SEE ATTACHED SERVICE LIST

**[ X ]** **(**BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

**[ ]**    (BY MAIL)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call & Jensen, Newport Beach, California, following ordinary business practices.

**[ ]**    (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call & Jensen, Newport Beach, California, following ordinary business practices.

**[ ]**    (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a

properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

**[ X ]** (BY E-MAIL)   I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(es) indicated.

**[ X ]** (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

**[ ]** (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on September 27, 2019, at Newport Beach, California.

                */s/ Aaron L. Renfro*
                Aaron L. Renfro

# SERVICE LIST

Steven W. Ritcheson                    **Attorneys for Defendants**
Insight, PLC
578 Washington Blvd, #503
Marina Del Rey, CA 90292
Tel:  424-289-9191
Fax:  818-337-0383
swritcheson@insightplc.com

Jacqueline K. Burt
Insight, PLC
860 Johnson Ferry Road NE, #140-176
Atlanta, GA 30342
Tel:  770-990-9982
Fax:  678-802-1877
jburt@insightplc.com

R. Randy Edwards
Cochran & Edwards
2950 Atlanta Road, SE
Smyrna, Georgia 30080-3655
Tel:  770-435-2131
Fax:  770-436-6877
randy@cochranedwardslaw.com