# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMI LLC, a Georgia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SPORTSTEK MEDICAL INC., a California corporation,<br><br>Defendant. | Case No. 3:19-CV-608-DMS-LL<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL**<br><br>Judge: Hon. Dana Sabraw<br>Mag. Judge: Hon. Linda Lopez |

Complaint Filed: April 1, 2019
Trial Date: None Set

Upon consideration of the Joint Motion for Dismissal submitted by Plaintiff ERMI LLC ("Plaintiff") and Defendant Sportstek Medical Inc. ("Defendant"), it is hereby ordered that the above-entitled action is dismissed with prejudice. Plaintiff and Defendant shall bear their own respective attorneys' fees, costs, and expenses as against each other. The Court will retain jurisdiction of the action for the purposes of enforcing the settlement agreement.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
Hon. Dana M. Sabraw
United States District Judge